ILC E-FILED
Tuesday, 07 December, 2004  11:32:55 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)         :

                                      :

   This Document Relates To:          :     CIVIL ACTION NO.  MDL 875
Quigley Co., Inc.
   Bankrupt Defendant

   ALL ACTIONS
   (See attached schedule
    for case list)

FILED
NOV 16 2004
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

FILED
DEC 0 2 2004
JOHN M. WATERS, C
U.S. DISTRICT COU
CENTRAL DISTRICT OF IL
URBANA, IL

### ORDER OF DISMISSAL

DEFENDANT, Quigley Co., Inc. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations **ARE TOLLED**, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

                                      BY THE COURT

Date:_____              _____
                                      Charles R. Weiner, Judge

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 11-23-04
ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Civil Action(s)**

| | | | | |
|---|---|---|---|---|
| -- MDL 875 -- | AZ-4-00-160 | DE-1-01-166 | GAN-1-98-748 | ILC-1-88-1297 |
| AK-4-98-13 | AZ-4-00-161 | DE-1-01-167 | GAN-1-01-2168 | ILC-1-88-1298 |
| AK-4-98-14 | AZ-4-00-595 | DE-1-01-234 | GAN-1-02-1572 | ILC-1-88-1300 |
| ALM-2-98-792 | AZ-4-00-621 | DE-1-01-535 | GAN-1-03-1722 | ILC-1-90-1139 |
| ALN-2-99-1833 | CAN-3-92-2929 | DE-1-01-852 | GAS-4-97-303 | ILC-1-90-1203 |
| ALN-6-00-39 | CAN-3-92-2930 | FLS-1-92-1295 | GAS-4-97-311 | ILC-1-91-1007 |
| ARE-4-97-888 | CAN-3-92-4818 | FLS-1-99-2338 | GAS-4-99-114 | ILC-1-91-1196 |
| ARW-6-00-6059 | CAN-3-93-3068 | GAM-4-97-179 | GAS-4-99-115 | ILC-1-91-1330 |
| AZ-2-96-2136 | CAN-3-93-3069 | GAM-7-98-45 | HI-1-97-1014 | ILC-1-91-1335 |
| AZ-2-96-2139 | CAN-3-93-3070 | GAN-1-88-1558 | HI-1-98-62 | ILC-1-91-1339 |
| AZ-2-96-2140 | CAN-3-93-3071 | GAN-1-88-1559 | HI-1-98-63 | ILC-1-91-1365 |
| AZ-2-96-2143 | CAN-3-93-3072 | GAN-1-89-95 | HI-1-98-468 | ILC-1-99-1204 |
| AZ-2-96-2149 | CAN-3-93-3074 | GAN-1-89-181 | HI-1-98-673 | ILC-1-99-1219 |
| AZ-2-96-2150 | CAN-3-93-3080 | GAN-1-89-182 | HI-1-98-688 | ILC-1-99-1258 |
| AZ-2-96-2151 | CAN-3-93-3085 | GAN-1-89-333 | HI-1-98-783 | ILC-1-99-1288 |
| AZ-2-96-2153 | CAN-3-93-3087 | GAN-1-89-410 | HI-1-98-807 | ILC-1-99-1289 |
| AZ-2-96-2154 | CAN-3-93-3090 | GAN-1-89-466 | HI-1-99-261 | ILC-1-99-1290 |
| AZ-2-96-2155 | CAN-3-93-3091 | GAN-1-89-546 | HI-1-99-303 | ILC-1-99-1292 |
| AZ-2-96-2156 | CAN-3-93-3092 | GAN-1-89-547 | HI-1-99-341 | ILC-1-99-1293 |
| AZ-2-96-2174 | CAN-3-93-3093 | GAN-1-89-593 | HI-1-99-825 | ILC-1-99-1294 |
| AZ-2-96-2179 | CAN-3-93-3094 | GAN-1-89-723 | HI-1-00-27 | ILC-1-99-1295 |
| AZ-2-96-2180 | CAN-3-93-3095 | GAN-1-89-724 | HI-1-00-101 | ILC-1-99-1299 |
| AZ-2-96-2191 | CAN-3-93-3096 | GAN-1-89-845 | HI-1-00-375 | ILC-1-00-1001 |
| AZ-2-96-2192 | CAN-3-93-3123 | GAN-1-89-846 | HI-1-00-458 | ILC-1-00-1002 |
| AZ-2-96-2194 | CAN-3-93-3124 | GAN-1-89-1203 | HI-1-00-558 | ILC-1-00-1003 |
| AZ-2-96-2196 | CAN-3-93-3125 | GAN-1-89-1336 | HI-1-01-357 | ILC-1-00-1004 |
| AZ-2-96-2198 | CAN-3-93-3126 | GAN-1-89-1394 | HI-1-02-78 | ILC-1-00-1006 |
| AZ-2-97-86 | CAN-3-93-3127 | GAN-1-89-1395 | HI-1-02-91 | ILC-1-00-1007 |
| AZ-2-97-87 | CAN-3-95-555 | GAN-1-89-1479 | HI-1-02-238 | ILC-1-00-1008 |
| AZ-2-97-88 | CAN-3-95-557 | GAN-1-89-1511 | HI-1-02-559 | ILC-1-00-1009 |
| AZ-2-97-90 | CAN-3-97-1028 | GAN-1-89-1512 | IAS-3-98-80103 | ILC-1-00-1010 |
| AZ-2-97-91 | CAN-3-99-3258 | GAN-1-89-1636 | IAS-3-03-80086 | ILC-1-00-1011 |
| AZ-2-97-295 | CAN-3-00-2604 | GAN-1-89-1637 | ID-1-98-207 | ILC-1-00-1012 |
| AZ-2-97-844 | CAN-3-01-869 | GAN-1-89-1677 | ID-1-98-209 | ILC-1-00-1013 |
| AZ-2-98-638 | CAN-4-95-554 | GAN-1-89-1691 | ID-1-98-242 | ILC-1-00-1030 |
| AZ-2-98-785 | CAN-4-97-1686 | GAN-1-89-1885 | ID-1-98-243 | ILC-1-00-1191 |
| AZ-2-99-956 | CAN-4-01-3349 | GAN-1-89-1918 | ID-1-98-244 | ILC-1-00-1213 |
| AZ-2-00-415 | CAS-3-97-2253 | GAN-1-89-2215 | ID-3-98-257 | ILC-1-00-1214 |
| AZ-2-00-675 | CAS-3-99-214 | GAN-1-89-2216 | ID-3-99-327 | ILC-1-00-1215 |
| AZ-2-00-677 | CAS-3-99-216 | GAN-1-89-2224 | ID-4-96-124 | ILC-1-00-1234 |
| AZ-2-00-682 | CAS-3-99-217 | GAN-1-89-2250 | ID-4-98-201 | ILC-1-00-1235 |
| AZ-2-00-683 | CAS-3-99-219 | GAN-1-89-2756 | ID-4-98-202 | ILC-1-00-1277 |
| AZ-2-00-2023 | CAS-3-99-220 | GAN-1-89-2758 | ID-4-98-203 | ILC-1-00-1278 |
| AZ-2-01-235 | CAS-3-99-221 | GAN-1-89-2840 | ID-4-98-204 | ILC-1-00-1389 |
| AZ-3-95-1542 | CAS-3-99-222 | GAN-1-89-2900 | ID-4-98-205 | ILC-1-00-1407 |
| AZ-3-99-2225 | CAS-3-99-223 | GAN-1-90-29 | ID-4-98-206 | ILC-1-00-1454 |
| AZ-3-00-642 | CAS-3-99-230 | GAN-1-90-30 | ID-4-98-208 | ILC-1-00-1457 |
| AZ-3-00-678 | CAS-3-03-1929 | GAN-1-90-61 | ID-4-98-212 | ILC-1-00-1458 |
| AZ-3-00-679 | CO-1-96-2888 | GAN-1-98-745 | ID-4-98-246 | ILC-1-01-1048 |
| AZ-4-00-119 | CO-1-98-823 | GAN-1-98-746 | ID-4-98-248 | ILC-1-01-1049 |
| AZ-4-00-159 | DC-1-89-1631 | GAN-1-98-747 | ID-4-98-249 | ILC-1-01-1170 |

Key => Civil Actions enclosed by {} have been closed.  a * indicates that the party has been dismissed from the case.

Civil Action(s)

| | | | | |
|---|---|---|---|---|
| ILC-1-01-1291 | ILC-2-01-2189 | ILN-1-99-4572 | ILN-1-99-8406 | ILN-1-99-8574 |
| ILC-1-01-1383 | ILC-3-99-3152 | ILN-1-99-4758 | ILN-1-99-8516 | ILN-1-99-8575 |
| ILC-2-89-2005 | ILC-3-99-3153 | ILN-1-99-5029 | ILN-1-99-8517 | ILN-1-99-8576 |
| ILC-2-89-2008 | ILC-3-99-3158 | ILN-1-99-5237 | ILN-1-99-8518 | ILN-1-99-8577 |
| ILC-2-90-2163 | ILC-3-99-3227 | ILN-1-99-5238 | ILN-1-99-8519 | ILN-1-99-8578 |
| ILC-2-90-2178 | ILC-3-00-3004 | ILN-1-99-5290 | ILN-1-99-8520 | ILN-1-99-8579 |
| ILC-2-90-2187 | ILC-3-00-3005 | ILN-1-99-5322 | ILN-1-99-8521 | ILN-1-99-8580 |
| ILC-2-90-2285 | ILC-3-00-3110 | ILN-1-99-5332 | ILN-1-99-8522 | ILN-1-99-8581 |
| ILC-2-90-2286 | ILC-3-00-3296 | ILN-1-99-5424 | ILN-1-99-8523 | ILN-1-99-8582 |
| ILC-2-90-2287 | ILC-3-00-3332 | ILN-1-99-5607 | ILN-1-99-8524 | ILN-1-99-8583 |
| ILC-2-90-2400 | ILC-3-00-3333 | ILN-1-99-5882 | ILN-1-99-8527 | ILN-1-00-70 |
| ILC-2-90-2402 | ILC-3-00-3334 | ILN-1-99-5919 | ILN-1-99-8528 | ILN-1-00-73 |
| ILC-2-91-2162 | ILC-3-01-3031 | ILN-1-99-5920 | ILN-1-99-8529 | ILN-1-00-75 |
| ILC-2-91-2262 | ILC-3-01-3107 | ILN-1-99-5922 | ILN-1-99-8530 | ILN-1-00-77 |
| ILC-2-92-2081 | ILC-4-97-4089 | ILN-1-99-5923 | ILN-1-99-8531 | ILN-1-00-78 |
| ILC-2-99-2104 | ILC-4-99-4077 | ILN-1-99-5925 | ILN-1-99-8532 | ILN-1-00-79 |
| ILC-2-99-2105 | ILC-4-00-4001 | ILN-1-99-5927 | ILN-1-99-8533 | ILN-1-00-81 |
| ILC-2-99-2141 | ILC-4-01-4008 | ILN-1-99-5936 | ILN-1-99-8534 | ILN-1-00-256 |
| ILC-2-99-2151 | ILC-4-01-4063 | ILN-1-99-5938 | ILN-1-99-8535 | ILN-1-00-1045 |
| ILC-2-99-2177 | ILC-4-02-4058 | ILN-1-99-5940 | ILN-1-99-8536 | ILN-1-00-1057 |
| ILC-2-99-2178 | ILN-1-96-5714 | ILN-1-99-5943 | ILN-1-99-8537 | ILN-1-00-1185 |
| ILC-2-99-2184 | ILN-1-97-7357 | ILN-1-99-5945 | ILN-1-99-8538 | ILN-1-00-1767 |
| ILC-2-99-2206 | ILN-1-98-3140 | ILN-1-99-5946 | ILN-1-99-8540 | ILN-1-00-1768 |
| ILC-2-99-2207 | ILN-1-98-4005 | ILN-1-99-5951 | ILN-1-99-8541 | ILN-1-00-1795 |
| ILC-2-99-2208 | ILN-1-98-4009 | ILN-1-99-5952 | ILN-1-99-8542 | ILN-1-00-1877 |
| ILC-2-99-2209 | ILN-1-98-4013 | ILN-1-99-5958 | ILN-1-99-8543 | ILN-1-00-1878 |
| ILC-2-99-2213 | ILN-1-98-4269 | ILN-1-99-5961 | ILN-1-99-8544 | ILN-1-00-1879 |
| ILC-2-00-2001 | ILN-1-98-4270 | ILN-1-99-5962 | ILN-1-99-8545 | ILN-1-00-2025 |
| ILC-2-00-2003 | ILN-1-98-4271 | ILN-1-99-5965 | ILN-1-99-8546 | ILN-1-00-2026 |
| ILC-2-00-2004 | ILN-1-98-4272 | ILN-1-99-5966 | ILN-1-99-8547 | ILN-1-00-2029 |
| ILC-2-00-2005 | ILN-1-99-3195 | ILN-1-99-6008 | ILN-1-99-8548 | ILN-1-00-2031 |
| ILC-2-00-2006 | ILN-1-99-3196 | ILN-1-99-6009 | ILN-1-99-8550 | ILN-1-00-2035 |
| ILC-2-00-2007 | ILN-1-99-3197 | ILN-1-99-6010 | ILN-1-99-8551 | ILN-1-00-2036 |
| ILC-2-00-2008 | ILN-1-99-3212 | ILN-1-99-6012 | ILN-1-99-8552 | ILN-1-00-2038 |
| ILC-2-00-2009 | ILN-1-99-3213 | ILN-1-99-6016 | ILN-1-99-8553 | ILN-1-00-2039 |
| ILC-2-00-2011 | ILN-1-99-3215 | ILN-1-99-6018 | ILN-1-99-8554 | ILN-1-00-2040 |
| ILC-2-00-2012 | ILN-1-99-3217 | ILN-1-99-6024 | ILN-1-99-8555 | ILN-1-00-2052 |
| ILC-2-00-2014 | ILN-1-99-3221 | ILN-1-99-6027 | ILN-1-99-8556 | ILN-1-00-2117 |
| ILC-2-00-2015 | ILN-1-99-3377 | ILN-1-99-6032 | ILN-1-99-8557 | ILN-1-00-2152 |
| ILC-2-00-2049 | ILN-1-99-3513 | ILN-1-99-6036 | ILN-1-99-8558 | ILN-1-00-2154 |
| ILC-2-00-2088 | ILN-1-99-4151 | ILN-1-99-6037 | ILN-1-99-8559 | ILN-1-00-2170 |
| ILC-2-00-2125 | ILN-1-99-4152 | ILN-1-99-6038 | ILN-1-99-8560 | ILN-1-00-2193 |
| ILC-2-00-2126 | ILN-1-99-4328 | ILN-1-99-6039 | ILN-1-99-8563 | ILN-1-00-2194 |
| ILC-2-00-2161 | ILN-1-99-4330 | ILN-1-99-6042 | ILN-1-99-8564 | ILN-1-00-2195 |
| ILC-2-00-2342 | ILN-1-99-4331 | ILN-1-99-6043 | ILN-1-99-8565 | ILN-1-00-2197 |
| ILC-2-00-2343 | ILN-1-99-4337 | ILN-1-99-6044 | ILN-1-99-8566 | ILN-1-00-2198 |
| ILC-2-00-2344 | ILN-1-99-4340 | ILN-1-99-6528 | ILN-1-99-8567 | ILN-1-00-2201 |
| ILC-2-01-2014 | ILN-1-99-4342 | ILN-1-99-7289 | ILN-1-99-8568 | ILN-1-00-2203 |
| ILC-2-01-2069 | ILN-1-99-4343 | ILN-1-99-8293 | ILN-1-99-8569 | ILN-1-00-2205 |
| ILC-2-01-2168 | ILN-1-99-4344 | ILN-1-99-8399 | ILN-1-99-8570 | ILN-1-00-2206 |
| ILC-2-01-2169 | ILN-1-99-4347 | ILN-1-99-8400 | ILN-1-99-8571 | ILN-1-00-2207 |
| ILC-2-01-2170 | ILN-1-99-4348 | ILN-1-99-8401 | ILN-1-99-8572 | ILN-1-00-2208 |
| ILC-2-01-2188 | ILN-1-99-4351 | ILN-1-99-8405 | ILN-1-99-8573 | ILN-1-00-2372 |

Key => Civil Actions enclosed by {} have been closed.  a * indicates that the party has been dismissed from the case.